UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SAM CALLOWAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:23-CV-338-TAV-DCP |
| | ) |
| MONSANTO COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT ORDER

For the reasons stated in the memorandum opinion, filed contemporaneously with this order, defendant's motion for summary judgment [Doc. 16] is **GRANTED** and this case is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
CLERK OF COURT